IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02142-RPM

MARLON WALKER,

    Plaintiff,

v.

SUSAN WHITE, DOC Division of Adult Parole, in her personal capacity for damages;
GUILLERMO SAMUDIO, DOC Division of Adult Parole, in his personal capacity for damages;
DANA MADRID, DOC Division of Adult Parole, in her personal capacity for damages;
BRIAN STRUZESKI, DOC Division of Adult Parole, in his personal capacity for damages;
ED THOMAS, Member of the Parole Board, in his personal capacity for damages;
DENISE BALAZIC, Member of the Parole Board, in her personal capacity for damages;
PATRICIA VAN WAAK, Member of the Parole Board, in her personal capacity for damages;
JOHN O'DELL, Member of the Parole Board, in his personal capacity for damages;
MICHAEL ANDERSON, Member of the Parole Board, in his personal capacity for damages;
REBECCA OAKES, Member of the Parole Board, in her personal capacity for damages;
ANTHONY YOUNG, Member of the Parole Board, in his personal capacity;
BRANDON SHAFFER, Member of the Parole Board, in his personal capacity;
ALFREDO PENA, Member of the Parole Board, in his personal capacity;
JOE MARTIN MORALES, Member of the Parole Board, in his personal capacity;
BECKY LUCERO, Member of the Parole Board, in her personal capacity for damages; and
JOHN DOE, Arkansas Valley Correctional Facility, in his personal capacity for damages,

    Defendants.
_____

ORDER VACATING ORDER OF REFERENCE
_____

    Upon review of the file and pursuant to this Court's case management procedures, it is

    ORDERED that the Order of Reference to Magistrate Judge Craig B. Shaffer entered on September 3, 2013, is vacated.

    Dated: September 6th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge